# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1003 & 1005
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

## TRACT: RGV-RGC-1003

**Being** a 1.939 acre (84,453 square feet) parcel of land, more or less, being out of the Lazaro Vela Survey, Abstract No. 354, Porción 57, Starr County, Texas, and being out of a called 29.79 acre tract conveyed to the Heirs of Juan Antonio Silva, including but not limited to Lucila Silva Cantu, Lilia Silva de la Garza, Idalia Paula, Silva Ruiz and Eloy Silva by Final Decree of Partition recorded in Instrument No. 2019-353318, Official Records of Starr County, Texas (Parcel 9-B), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" rebar at a southerly interior corner of Parcel 9-B and the north corner of a called 17.73 acre tract recorded in Volume 1, Page 112, Map Records of Starr County, Texas (Parcel S-14-R), being the same tract of land conveyed to Alfredo Garcia, Alberto Garcia, Amador Garcia and Juana G. Talamante by Deed of Gift recorded in Volume 478, Page 664, Deed Records of Starr County, Texas, being the same tract of land conveyed to Maria Selfa Garcia Ramirez, Elmina Garcia Montes, Elda Garcia Ramos and Eleazar Garcia Garica by Warranty Deed recorded in Volume 538, Page 324, Official Records of Starr County, Texas (Tract No. 3), being the same tract of land conveyed to Luis Alberto Garcia, Hernan Garcia and Sergio Garcia by Last Will and Testament of Adamina G. Garcia recorded in Volume 1530, Page 236, Official Records of Starr County, Texas (Cause No. 18228), and being the same tract of land conveyed to Pablo Martinez, Jr. by Surface Warranty Deed recorded in Instrument No. 2018-343743, Official Records of Starr County, Texas, said point being in the southeast line of Porción 57 and the northwest line of Porción 58, said point having the coordinates of N=16722631.855, E=768813.180, said point bears N 73°05'53" W, a distance of 6508.81' from United States Army Corps of Engineers Control Point No. 142;

**Thence:** S 54°33'15" W, with a southeasterly line of Parcel 9-B, the northwest line of the 17.73 acre tract, the southeast line of Porción 57 and the northwest line of Porción 58, for a distance of 455.94' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1003-1=1004-1" for the **Point of Beginning** and east corner of Tract RGV-RGC-1003, said point being in a southeasterly line of Parcel 9-B, the northwest line of the 17.73 acre tract, the southeast line of Porción 57 and the northwest line of Porción 58, said point having the coordinates of N=16722367.443, E=768441.745;

## SCHEDULE C (Cont.)

**Thence:** S 54°33'15" W, continuing with a southeasterly line of Parcel 9-B, the northwest line of the 17.73 acre tract, the southeast line of Porción 57 and the northwest line of Porción 58, for a distance of 231.66' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1003-2=1004-4" for the south corner of Tract RGV-RGC-1003, said point being in a southeasterly line of Parcel 9-B, the northwest line of the 17.73 acre tract, the southeast line of Porción 57 and the northwest line of Porción 58;

**Thence:** N 65°45'12" W, departing the northwest line of the 17.73 acre tract, and the northwest line of Porción 58, over and across Parcel 9-B, for a distance of 421.86' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1003-3=1042-2" for the west corner of Tract RGV-RGC-1003, said point being in the northwest line of Parcel 9-B and the southeast line of a called 52.44 acre tract conveyed to Legacy Advance Development Partners, LTD. by Special Warranty Deed recorded in Volume 1076, Page 766, Official Records of Starr County, Texas (Tract III(B));

**Thence:** N 54°22'47" E, with the northwest line of Parcel 9-B and the southeast line of the 52.44 acre tract, for a distance of 231.25' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC- 1003-4=1042-1" for the north corner of Tract RGV-RGC-1003, said point being in the northwest line of Parcel 9-B and the southeast line of the 52.44 acre tract;

**Thence:** S 65°45'12" E, departing the southeast line of the 52.44 acre tract, over and across Parcel 9-B, for a distance of 422.67' to the **Point of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1003 & 1005
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

## TRACT:  RGV-RGC-1005

**Being** a 1.453 acre (63,306 square feet) parcel of land, more or less, being out of the Joaquin Chapa Survey, Abstract No. 289, Porción 58, Starr County, Texas, and being out of a called 29.79 acre tract conveyed to the Heirs of Juan Antonio Silva, including but not limited to Lucila Silva Cantu, Lilia Silva de la Garza, Idalia Paula, Silva Ruiz and Eloy Silva by Final Decree of Partition recorded in Instrument No. 2019-353318, Official Records of Starr County, Texas (Parcel 9-B), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-1005 1007", said point being in the southeast line of Parcel 9-B, said point being at the northeast corner of a called 29.79 acre tract conveyed to the Heirs of Juana Silva Gomez, including but not limited to, Aida Gomez Mink, Alberto Gomez, Jr., Ana Aminta Gomez Hill and Alonzo Gomez by Final Decree of Partition recorded in Instrument No. 2019-353318, Official Records of Starr County, Texas (Parcel 6-B) and the west corner of a called 34.38 acre tract recorded in Volume 1, Page 112, Map Records of Starr County, Texas (Parcel S-14-Q), being the same tract of land conveyed to Victor Vela, et al by Declaration of Taking recorded in Volume 262, Page 12, Deed Records of Starr County, Texas, being the same tract of land conveyed to Arnoldo Vela, et ux by Warranty Deed recorded in Volume 400, Page 467 and Volume 432, Page 559, Deed Records of Starr County, Texas, being the same tract of land conveyed to Francisca R. Vela, et al by Warranty Deed recorded in Volume 432, Page 562, Deed Records of Starr County, Texas, being the same tract of land conveyed to Aida Mink, et al by Warranty Deed recorded in Volume 438, Page 919, Deed Records of Starr County, Texas, being the same tract of land conveyed to Ortofilia Vela, et al by Deed of Gift recorded in Volume 445, Page 437, Deed Records of Starr County, Texas, being the same tract of land conveyed to Oralia Vela Rojas, et al by Warranty Deed recorded in Volume 649, Page 230, Official Records of Starr County, Texas, being the same tract of land conveyed to Florentino Luera by Warranty Deed recorded in Volume 822, Page 642, Official Records of Starr County, Texas, being the same tract of land conveyed to Belinda Olveda Huerto, et al by Heirship Affidavit recorded in Volume 934, Page 177, Official Records of Starr County, Texas, being the same tract of land conveyed to Oralia Vela Rojas by Warranty Deed recorded in Volume 934, Page 796, Volume 934, Page 797, Volume 934, Page 798, and Volume 938, Page 864, Official Records of Starr County, Texas, being the same tract of land conveyed to

**SCHEDULE C (Cont.)**

Manuel Jose Barrera, et al by Affidavit of Death and Heirship recorded in Volume 1064, Page 697, Official Records of Starr County, Texas, and being the same tract of land conveyed to Bernard Patrick Donohoe, et al by Last Will and Testament recorded in Volume 1075, Page 194, Official Records of Starr County, Texas, said point having the coordinates of N=16721595.733, E=768435.744, said point bears N 82°36'50" W, a distance of 6660.35' from United States Army Corps of Engineers Control Point No. 142;

**Thence:** N 53°43'00" E (S 55°06'00" W, Record), with the southeast line of Parcel 9-B and the northwest line of the 34.38 acre tract, for a distance of 581.31' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC- 1005-1=1007-1" for the **Point of Beginning** and south corner of Tract RGV-RGC-1005, said point being in the southeast line of Parcel 9-B and the northwest line of the 34.38 acre tract, said point having the coordinates of N=16721939.742, E=768904.341;

**Thence:** N 65°45'12" W, departing the northwest line of the 34.38 acre tract, over and across Parcel 9-B, for a distance of 320.71' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1004-3=1005-2" for the west corner of Tract RGV-RGC-1005, said point being in a northwesterly line of Parcel 9-B and the southeast line of a called 17.73 acre tract recorded in Volume 1, Page 112, Map Records of Starr County, Texas (Parcel S-14-R), being the same tract of land conveyed to Alfredo Garcia, Alberto Garcia, Amador Garcia and Juana G. Talamante by Deed of Gift recorded in Volume 478, Page 664, Deed Records of Starr County, Texas, being the same tract of land conveyed to Maria Selfa Garcia Ramirez, Elmina Garcia Montes, Elda Garcia Ramos and Eleazar Garcia Garica by Warranty Deed recorded in Volume 538, Page 324, Official Records of Starr County, Texas (Tract No. 3), being the same tract of land conveyed to Luis Alberto Garcia, Hernan Garcia and Sergio Garcia by Last Will and Testament of Adamina G. Garcia recorded in Volume 1530, Page 236, Official Records of Starr County, Texas (Cause No. 18228), and being the same tract of land conveyed to Pablo Martinez, Jr. by Surface Warranty Deed recorded in Instrument No. 2018-343743, Official Records of Starr County, Texas;

**Thence:** N 55°30'00" E (S 55°00'00" W, Record), with the northwesterly line of Parcel 9-B and the southeast line of the 17.73 acre tract, for a distance of 233.95' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV- RGC-1004-2=1005-3" for the north corner of Tract RGV-RGC-1005, said point being in a northwesterly line of Parcel 9-B and the southeast line of the 17.73 acre tract;

**Thence:** S 65°45'12" E, departing the southeast line of the 17.73 acre tract, over and across Parcel 9-B, for a distance of 312.35' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1005-4=1007-2" for the east corner of Tract RGV-RGC-1005, said point being in the southeast line of Parcel 9-B and the northwest line of the 34.38 acre tract;

## <u>SCHEDULE C</u>

**Thence:** S 53°43'00" W (S 55°06'00" W, Record), with the southeast line of Parcel 9-B and the northwest line of the 34.38 acre tract, for a distance of 229.72' to the **Point of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-RGC-1003
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

## SCHEDULE D (Cont.)

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16722367.443 | 768441.745 | RGV-RGC-1003-1=1004-1 |
| 2 | 16722233.095 | 768253.019 | RGV-RGC-1003-2=1004-4 |
| 3 | 16722406.338 | 767868.374 | RGV-RGC-1003-3=1042-2 |
| 4 | 16722541.021 | 768056.357 | RGV-RGC-1003-4=1042-1 |
| 5 | 16722631.855 | 768813.180 | POC RGV-RGC-1003 1004 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | | | |
|---|---|---|---|---|---|---|
| **METES & BOUNDS SURVEY** | | | | | BY | DATE |
| **HEIRS OF JUAN ANTONIO SILVA, ET AL** | Mark | Description | Date | Appr | | |
| | 1 | Boundary Change | 1/14/14 | | Drawn | LMK | 10/19 |
| | 2 | Grantor Revisions | 10/16/18 | | Checked | LMK | 10/19 |
| | 3 | Grantor Revisions | 4/7/20 | | Surveyor | JDB | 10/19 |
| **TRACT No. RGV-RGC-1003** | | | | | Fld.Bk. # | XXX |
| **STARR COUNTY               TEXAS** | CONTRACT NO.: W91275-14-D-0013 | | | | | |
| | T.O.: W91275-18-F-0139 | | | | | |



**B&F ENGINEERING, INC.**

928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bfeng.com



US Army Corps of Engineers

Drawing Ref. No.
SHEET 4 OF 6

MDS PROJ. NO. 18-200-00       FILE NAME: RGV-RGC-1003       DATE: 4/7/2020

## SCHEDULE D (Cont.)

**①**
HEIRS OF JUAN ANTONIO SILVA,
INCLUDING BUT NOT LIMITED TO
LUCILA SILVA CANTU,
LILIA SILVA DE LA GARZA,
IDALIA PAULA,
SILVA RUIZ
& ELOY SILVA
CALLED 29.79 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 9-B)

**②**
CALLED 17.73 ACRES
VOL. 1, PG. 112 MRSC
(PARCEL No. S-14-R)

ALFREDO GARCIA, ET AL
DEED OF GIFT
VOL. 478, PG. 664 DRSC

MARIA SELFA GARCIA RAMIREZ,
ET AL
WARRANTY DEED
VOL. 538, PG. 324 ORSC
(TRACT No. 3)

LUIS ALBERTO GARCIA, ET AL
LAST WILL & TESTAMENT
OF ADAMINA G. GARCIA
VOL. 1530, PG. 236 ORSC
(CAUSE No. 18228)

PABLO MARTINEZ, JR.
SURFACE WARRANTY DEED
INST. No. 2018-343743 ORSC

**③**
HEIRS OF JUANA SILVA GOMEZ,
INCLUDING BUT NOT LIMITED TO
AIDA GOMEZ MINK,
ALBERTO GOMEZ, JR.,
ANA AMINTA GOMEZ HILL
& ALONZO GOMEZ
CALLED 29.79 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 6-B)

**④**
HEIRS OF BENITA SILVA MUÑOZ,
INCLUDING BUT NOT LIMITED TO
RENE MUÑOZ, ROMEO MUÑOZ,
REYNALDO MUÑOZ,
ROSENDO MUÑOZ
& MARIA DE JESÚS MUÑOZ VERA
CALLED 7.44 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 4-B)

**⑥**
HEIRS OF DIONICIO SILVA,
INCLUDING BUT NOT LIMITED TO
RAMON DIONICIO SILVA, JR.,
SYLVIA SILVA CAVAZOS
& SINFOROSA SILVA MONTOYA
CALLED 29.79 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 5-B)

**⑦**
LEGACY ADVANCE DEVELOPMENT
PARTNERS, LTD
CALLED 52.44 ACRES
SPECIAL WARRANTY DEED
VOL. 1076, PG. 766 ORSC
(TRACT III(B))

**⑤**
HEIRS OF ANGELA SILVA CANTU,
INCLUDING BUT NOT LIMITED TO
ENEDINA CANTU LOPEZ,
CRESENCIO CANTU,
EMMA CANTU VIDAL
& ARMIDA CANTU DILLARD
CALLED 29.79 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 7-B)

**⑨**
VICTOR VELA, ET AL
CALLED 34.38 ACRES
DECLARATION OF TAKING
VOL. 262, PG. 12 DRSC
(PARCEL S-14-Q)

ARNOLDO VELA, ET UX
WARRANTY DEED
VOL. 400, PG. 467 DRSC
VOL. 432, PG. 559 DRSC

FRANCISCA R. VELA, ET AL
WARRANTY DEED
VOL. 432, PG. 562 DRSC

AIDA MINK, ET AL
WARRANTY DEED
VOL. 438, PG. 919 DRSC

ORTOFILIA VELA, ET AL
DEED OF GIFT
VOL. 445, PG. 437 DRSC

ORALIA VELA ROJAS, ET AL
WARRANTY DEED
VOL. 649, PG. 230 ORSC

FLORENTINO LUERA
WARRANTY DEED
VOL. 822, PG. 642 ORSC

BELINDA OLVEDA HUERTO, ET AL
HEIRSHIP AFFIDAVIT
VOL. 934, PG. 177 ORSC

ORALIA VELA ROJAS
WARRANTY DEED
VOL. 934, PG. 796 ORSC
VOL. 934, PG. 797 ORSC
VOL. 934, PG. 798 ORSC
VOL. 938, PG. 864 ORSC

MANUEL JOSE BARRERA, ET AL
AFFIDAVIT OF DEATH & HEIRSHIP
VOL. 1064, PG. 697 ORSC

BERNARD PATRICK DONOHOE,
ET AL
LAST WILL & TESTAMENT
VOL. 1075, PG. 194 ORSC

**⑩**
OWNER UNKNOWN
REMAINDER OF PARCEL 1-B

**⑧**
HEIRS OF
GUADALUPE SILVA HINOJOSA
INCLUDING BUT NOT LIMITED TO
ANDRES HINOJOSA, JR.,
LUCAS HINOJOSA
& CARLOS HINOJOSA
CALLED 7.44 ACRES
FINAL DECREE OF PARTITION
INST. No. 2019-353318 ORSC
(PARCEL 8-B)



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. SHEET 5 OF 6 | METES & BOUNDS SURVEY HEIRS OF JUAN ANTONIO SILVA, ET AL **TRACT No. RGV-RGC-1003** STARR COUNTY TEXAS | | | | | |
|---|---|---|---|---|---|---|

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Boundary Change | 7/14/19 | |
| 2 | Grantor Revisions | 10/16/19 | |
| 3 | Grantor Revisions | 4/7/20 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | JDB | 10/19 |
| Fld.Bk. # | XXX | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

TEXAS LICENSED SURVEYING FIRM
SRF ENGINEERING, INC.
NO. 10193942




**B&F ENGINEERING, INC.**
526 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-1003     DATE: 4/7/2020

## SCHEDULE D (Cont.)



## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



Tract:  RGV-RGC-1005
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

## SCHEDULE D (Cont.)

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16721939.742 | 768904.341 | RGV−RGC−1005−1=1007−1 |
| 2 | 16722071.447 | 768611.920 | RGV−RGC−1004−3=1005−2 |
| 3 | 16722203.958 | 768804.725 | RGV−RGC−1004−2=1005−3 |
| 4 | 16722075.687 | 769089.521 | RGV−RGC−1005−4=1007−2 |
| 5 | 16721595.733 | 768435.744 | POC RGV−RGC−1005 1007 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886−1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. SHEET 5 OF 7 | METES & BOUNDS SURVEY HEIRS OF JUAN ANTONIO SILVA, ET AL TRACT No. RGV-RGC-1005 STARR COUNTY                    TEXAS |
|---|---|

| Mark | Description | Date | Appr |
|---|---|---|---|
| 1 | Boundary Change | 6/14/19 | |
| 2 | Graphics updated | 10/11/19 | |
| 3 | Grid/lot revision | 4/7/20 | |

CONTRACT NO.: W9127S-14-D-0013
Tσ: W9127S-16-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | JGB | 10/19 |
| Fld.Bk. # | XXX | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103940



**ENGINEERING, INC.**
528 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6653
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00          FILE NAME: RGV-RGC-1005          DATE: 4/7/2020

## SCHEDULE D (Cont.)

① HEIRS OF JUAN ANTONIO SILVA, INCLUDING BUT NOT LIMITED TO LUCILA SILVA CANTU, LILIA SILVA DE LA GARZA, IDALIA PAULA, SILVA RUIZ & ELOY SILVA CALLED 29.79 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 9—B)

② CALLED 17.73 ACRES VOL. 1, PG. 112 MRSC (PARCEL No. S—14—R)

ALFREDO GARCIA, ET AL DEED OF GIFT VOL. 478, PG. 664 DRSC

MARIA SELFA GARCIA RAMIREZ, ET AL WARRANTY DEED VOL. 538, PG. 324 ORSC (TRACT No. 3)

LUIS ALBERTO GARCIA, ET AL LAST WILL & TESTAMENT OF ADAMINA G. GARCIA VOL. 1530, PG. 236 ORSC (CAUSE No. 18228)

PABLO MARTINEZ, JR. SURFACE WARRANTY DEED INST. No. 2019—343,743 ORSC

③ HEIRS OF JUANA SILVA GOMEZ, INCLUDING BUT NOT LIMITED TO AIDA GOMEZ MINK, ALBERTO GOMEZ, JR., ANA AMINTA GOMEZ HILL & ALONZO GOMEZ CALLED 29.79 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 6—B)

④ HEIRS OF BENITA SILVA MUNOZ, INCLUDING BUT NOT LIMITED TO RENE MUNOZ, ROMEO MUNOZ, REYNALDO MUNOZ, ROSENDO MUNOZ, & MARIA DE JESUS MUNOZ VERA CALLED 7.44 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 4—B)

⑤ HEIRS OF ANGELA SILVA CANTU, INCLUDING BUT NOT LIMITED TO ENEDINA CANTU LOPEZ, CRESENCIO CANTU, EMMA CANTU VIDAL & ARMIDA CANTU DILLARD CALLED 29.79 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 7—B)

⑥ HEIRS OF DIONICIO SILVA, INCLUDING BUT NOT LIMITED TO RAMON DIONICIO SILVA, JR., SYLVIA SILVA CAVAZOS & SINFOROSA SILVA MONTOYA CALLED 29.79 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 5—B)

⑦ LEGACY ADVANCE DEVELOPMENT PARTNERS, LTD CALLED 52.44 ACRES SPECIAL WARRANTY DEED VOL. 1076, PG. 766 ORSC (TRACT III(B))

⑧ HEIRS OF GUADALUPE SILVA HINOJOSA INCLUDING BUT NOT LIMITED TO ANDRES HINOJOSA, JR., LUCAS HINOJOSA & CARLOS HINOJOSA CALLED 7.44 ACRES FINAL DECREE OF PARTITION INST. No. 2019—353,318 ORSC (PARCEL 8—B)

⑨ VICTOR VELA, ET AL CALLED 34.38 ACRES DECLARATION OF TAKING VOL. 262, PG. 12 DRSC (PARCEL S—14—Q)

ARNOLDO VELA, ET UX WARRANTY DEED VOL. 400, PG. 467 DRSC VOL. 432, PG. 559 DRSC

FRANCISCA R. VELA, ET AL WARRANTY DEED VOL. 432, PG. 562 DRSC

AIDA MINK, ET AL WARRANTY DEED VOL. 438, PG. 919 DRSC

ORTOFLIA VELA, ET AL DEED OF GIFT VOL. 445, PG. 437 DRSC

ORALIA VELA ROJAS, ET AL WARRANTY DEED VOL. 649, PG. 230 DRSC

FLORENTINO LUERA WARRANTY DEED VOL. 822, PG. 642 ORSC

BELINDA OLVEDA HUERTO, ET AL HEIRSHIP AFFIDAVIT VOL. 934, PG. 177 ORSC

ORALIA VELA ROJAS WARRANTY DEED VOL. 934, PG. 796 ORSC VOL. 934, PG. 797 ORSC VOL. 934, PG. 798 ORSC VOL. 938, PG. 864 ORSC

MANUEL JOSE BARRERA, ET AL AFFIDAVIT OF DEATH & HEIRSHIP VOL. 1064, PG. 697 ORSC

BERNARD PATRICK DONOHOE, ET AL LAST WILL & TESTAMENT VOL. 1075, PG. 194 ORSC

⑩ OWNER UNKNOWN REMAINDER OF PARCEL 1—B



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | METES & BOUNDS SURVEY | Mark | Description | Date | Appd |
|---|---|---|---|---|---|
| | HEIRS OF JUAN ANTONIO SILVA, ET AL | 1 | Boundary Change | | |
| | TRACT No. RGV-RGC-1005 | 2 | Graphics updated | | |
| | | 3 | Grahical revision | | |
| | STARR COUNTY          TEXAS | | | | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | Job | |
| Fld Bk. # | XXX | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139



**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
BNF ENGINEERING, INC.
NO. 10103940



Drawing Ref. No.
SHEET 6 OF 7

MDS PROJ. NO. 19-200-00          FILE NAME: RGV-RGC-1005          DATE: 4/7/2020

## SCHEDULE D (Cont.)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1003 & 1005
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

**Tract:  RGV-RGC-1003**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the land identified as Lazaro Vela Survey, abstract number 354, Porción 57, Starr County, Texas, and identified in Final Decree of Partition, instrument number 2019-353318, Official Records of Starr County, Texas, (Parcel 9-B), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1003 & 1005
Owner:  Heirs of Juan Antonio Silva, et al.
Acres:  3.392

**Tract:  RGV-RGC-1005**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the land identified as Lazaro Vela Survey, abstract number 354, Porción 57, Starr County, Texas, and identified in Final Decree of Partition, instrument number 2019-353318, Official Records of Starr County, Texas, (Parcel 9-B), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests water rights and water distribution and drainage systems, if any, provided that any surface rights arising from water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the lands being taken is NINETEEN THOUSAND, FIVE HUNDRED AND NINETY ONE DOLLARS AND NO/100 ($19,591.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-1003:**

The sum estimated as just compensation for the land acquired is NINE THOUSAND SEVEN HUNDRED NINETY FIVE DOLLARS AND 50/100 ($9,795.50).


**TRACT RGV-RGC-1005:**

The sum estimated as just compensation for the land acquired is NINE THOUSAND SEVEN HUNDRED NINETY FIVE DOLLARS AND 50/100 ($9,795.50).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **The Unknown Heirs of Juan Antonio Silva**<br><br>**The Unknown Heirs Lucila Silva Cantu**<br><br>**Lila Silva de la Garza**<br><br>████████<br>Mission, Texas ████████<br><br>**Idalia Paula Silva Ruiz**<br><br>████████<br>Mission, Texas ████████<br><br>**The Unknown Heirs of Eloy Silva** | **RGV-RGC-1003_1005**<br>Final Decree of Partition with Surveys Attached and Incorporated, Document # Cause No. DC-12-389,<br>Recorded December 12, 2019,<br>Deed Records of Starr County |
| **The Unknown Heirs of Andres Hinojosa** | Deed; Document # 2001-219878;<br>Recorded July 1, 1997;<br>Deed Records of Starr County |
| **Live Oak Edinburg, LLC and Bruce M. Simon**<br>████████<br>Plymouth, MN ████████ | Abstract of Judgment,<br>Cause No. C-4730-98-E<br>Recorded May 24, 1999<br>Deed Records of Starr County |
| **Texas Workforce Commission**<br>Collections Section<br>101 East 15th Street, Room 556<br>Austin, TX 78778-0001 | Abstract of Assessment, Document # 1998-198156<br>Record August 3, 1998<br>Deed Records of Starr County<br><br>Abstract of Assessment, Document # 1998-198156<br>Record September 29, 1997<br>Deed Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 North FM 3167, Room 201<br>Rio Grande City, TX  78582 | |