Case 7:20-cv-00317   Document 43   Filed on 04/14/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § VS. § 3.392 acres of land, more or less, § in STARR COUNTY, TEXAS, et al., § § Defendants. § | CIVIL ACTION NO. 7:20-cv-00317 |

# **ORDER**

The Court now considers the parties' April 13, 2021 show cause hearing and initial pretrial conference. James Parker Gochenour, counsel for the United States, and Defendant Richard Cantu appeared before the Court.[1] Therein, the parties informed the Court that they are close to resolving the heirship issues, leaving the interest of the Unknown Heirs of Andres Hinojosa as the only unresolved title issue in this case.[2] In light of this, the Court ordered the United States to file a brief on any unresolved title tissues by May 14, 2021.[3] The Court also set the parties for a status conference on June 3, 2021 at 4 p.m.[4]

In accordance with the Court's oral orders, the Court hereby **ORDERS** the United States to file a brief to determine title by May 14, 2021 unless title is resolved before that date. The Court

---

[1] Minute Entry (Apr. 13, 2021).
[2] *Id.*
[3] *Id.*
[4] *Id.*

further **ORDERS** the parties to appear for a status conference on **June 3, 2021 at 4 p.m.** and **ORDERS** the parties to file a status report by **May 27, 2021.**

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 14th day of April 2021.

                                                    Micaela Alvarez
                                            United States District Judge